UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KYLA D. WILLIAMS,

        Plaintiff,                                              Case No. 1:14-CV-79

v.                                                              HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        The Court has reviewed Magistrate Judge Hugh W. Brenneman's July 6, 2015 Report and Recommendation recommending that the matter be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g).  No objections have been filed pursuant to 28 U.S.C. § 636(b).  The Court will therefore adopt the Report and Recommendation.

        Therefore,

        **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued July 6, 2015 (docket #16), is **ADOPTED** as the Opinion of the Court.  This matter is remanded to the Commissioner for further proceedings consistent with this Order.

        This case is concluded.


Dated: July 28, 2015                                               /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE